JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 522-6031
    Fax:  (415) 436-7234
    Email: Daryl.Eremin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0290 WHA |
|     Plaintiff, ) | |
|     v. ) | **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| DARWIN JOEL RAMIREZ, ) | |
|     Defendant. ) | |

    To the Honorable Bernard Zimmerman, United States Magistrate Judge for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner DARWIN JOEL RAMIREZ.  The prisoner is required to appear in the above-referenced matter forthwith for his initial appearance before the

//
//
//
//
//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 09-0290 WHA

1  Duty Magistrate.  His place of custody and jailor are set forth in the requested Writ, attached
2  hereto.
3  DATED: April 24, 2009                           Respectfully submitted,
4                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
5
6                                                         /s/
                                                   DARYL T. EREMIN
7                                                  Special Assistant United States Attorney
8
   IT IS SO ORDERED.
9
10
   DATED:    April 24, 2009
11
12                                                 HON. BERNARD ZIMMERMAN
                                                   United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 09-0290 WHA

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To:  Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, Sheriff, or other Official of San Francisco County Jail #5, 1 Moreland Drive, San Bruno, California 94066; phone (650) 266-7500.

**GREETINGS**

   WE COMMAND that you have and produce the body of DARWIN JOEL RAMIREZ (DOB 2/8/82; Booking# 2405400; housed in Unit 6M1A21), in your custody in the above-referenced institution, FORTHWITH before the United States District Court in and for the Northern District of California, in the Courtroom of Duty Magistrate, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so that DARWIN JOEL RAMIREZ, may then and there appear for an initial appearance upon the charges filed against him in the above-captioned case. You shall produce the prisoner thereafter at all times necessary until the termination of the proceedings in the above-referenced matter.  Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

   WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

   WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge for the Northern District of California.

DATED:   April 24, 2009

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Rose Maher*
DEPUTY CLERK, Rose Maher

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 09-0290 WHA